1:00 CV 489

**FILED
SCRANTON
OCT 24 2001**

PER _____
  DEPUTY CLERK

```
Wed Oct 24 11:46:46 2001

UNITED STATES DISTRICT COURT

   SCRANTON    , PA

Receipt No.   333 85621
Cashier        tanya

Tender Type  CHECK

Check Number: 106625

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       0869PL

Amount             $    8.00

SCI GRATERFORD GRATERFORD, PA 19426


PARTIAL FILING FEE 00-CV-489 JOHN PA
YNE



   cn
Wed Oct 24 11:46:46 2001

Check No. 106625
Amount:    8.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```