(32)

11-9-01

(M)

TERMED

1:00CV 0489

partial appeal

filing fee

(001640)

```
Tue Oct 16 14:25:25 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 85544
Cashier       rich

Tender Type  CHECK

Check Number: 106207

Transaction Type   AR

DO Code    Div No     Acct
4667       3          0869PL

Amount              $   10.00

SI GRATERFORD GRATERFORD, PA 19426


PARTIAL APPEAL FEE JOHN PAYNE




cn

Tue Oct 16 14:25:25 2001

Check No. 106207
Amount$   10.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00cv 00489

INM/