```
Mon Mar 25 12:31:42 2002

     UNITED STATES DISTRICT COURT
        SCRANTON        , PA

Receipt No.   333 87408
Cashier            sylviam

Tender Type  CHECK

Check Number: 112379

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       0869PL

Amount              $    1.14

GRATERFORD

PARTIAL FILING FEE 00CV489 APPEAL 00
-1640 PAYNE


on

Mon Mar 25 12:31:42 2002

Check No. 112379
Amount:     1.14
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00CV 489       (38)
                 KM
(Termed) -CFR.   3/25/02

**ATES GENERAL WELFARE FUND**
 **CLERK OF COURT MIDDLE DISTRICT**                3/21/2002       112379
              BATCH 4037                                            1.14

0869PL
00-1640