㊳
4/15/02

```
Fri Apr 12 14:50:19 2002

UNITED STATES DISTRICT COURT

  SCRANTON    , PA

Receipt No.  333 87665
Cashier      rich

Tender Type  CHECK

Check Number: 113235

Transaction Type   AR

DØ Code   Div No    Acct
 4667       3      0869PL

Amount          $   10.00

JOHN PAYNE  SCI GRATERFORD,PA 19426

 PARTIAL APPEAL FILING FEE -00-1640
IN CASE CV-00-489


 on
Fri Apr 12 14:50:19 2002

Check No. 113235
Amount$   10.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00CV 489

TERMED

**NMATES GENERAL WELFARE FUND**

*CLERK OF COURT MIDDLE DISTRICT*                          4/10/2002         113235
                    **BATCH 4268**                                            10.00

IGWF checking         AY6847 JOHN PAYNE CASES CA001640                       10.00