```
Thu Jun 20 14:00:38 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.    333 88516
Cashier        rich

Tender Type CHECK

Check Number: 115814

Transaction Type   AR

DO Code    Div No    Acct
4667       3         0869PL

Amount     $    14.79

JOHN PAYNE SCI GRATERFORD, PA 19426

PARTIAL APPEAL FILING FEE -00-1640
IN CV-00-0489
```

1:00CV489      (40)
Termed - CFR   KM
               6/26/02

**INMATES GENERAL WELFARE FUND**
  *CLERK OF COURT MIDDLE DISTRICT*                         6/17/2002        11581
                                  *BATCH 4994*                              14.79