1:00 cv 489 (41)
Termed -
Km
7/19/02

Thu Jul 18 13:38:19 2002

UNITED STATES DISTRICT COURT

SCRANTON, PA

Receipt No.  333 88841
Cashier      tanya

Tender Type  CHECK

Check Number: 116903

Transaction Type  AR

D0 Code   Div No    Acct
4667      3         0869PL

Amount          $    5.04

SCI GRATERFORD GRATERFORD, PA 19426

PARTIAL APPEAL FEE JOHN PAYNE

**FILED**
**SCRANTON**

**JUL 1 8 2002**

on
Thu Jul 18 13:38:19 2002

Check No. PER
Amount   5.04    **DEPUTY CLERK**
Pay any Federal Reserve Bank or
General Depositor for credit to
United States Treasury Symbol 4667

**IMATES GENERAL WELFARE FUND**

*CLERK OF COURT MIDDLE DISTRICT*                               *7/16/2002*        116903
                        **BATCH 5286**                                              *5.04*

*IGWF checking*        AY6847 JOHN PAYNE CASE CA001640                              5.04